IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MARK GAMBOA,                        )
                                    )
          Plaintiff,                )
                                    )
     v.                             )     No.  11 C 1144
                                    )
BEECHTREE PARTNERS, LLC,            )
et al.,                             )
                                    )
          Defendants.               )

MEMORANDUM ORDER

On June 6 this Court (1) granted the motion of prior defense counsel to withdraw from their representation because of what were described as "irreconcilable differences" and (2) permitted new counsel to appear in their stead.  But this Court's current review of its periodically-printed-out list of motions pending in cases assigned to its calendar reflects that one item of still-open business needs to be dealt with.

In mid-February of this year counsel for plaintiff Mark Gamboa ("Gamboa") had filed a motion for sanctions stemming from a discovery dispute.  That motion was entered and continued more than once on the parties' representation that they were "working on" the dispute.  With the original defense counsel having departed, a definitive answer to whether the motion is still alive is past due.  This Court therefore expects a swift response from the litigants--well before the next (August 14) status

hearing date.

                                          _____

                                          Milton I. Shadur
                                          Senior United States District Judge

Date:  July 13, 2012